UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES W. CAUGER,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., and JOHN DOE,<br><br>Defendants. | No. 1:16-cv-10358-DPW<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO FRCP 30 (b) (6)** |
| FRANK TORNGREN,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., and JOHN DOE,<br><br>Defendants. | No. 1:16-cv-12343-DPW |
| BRETT TORNGREN,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC., and JOHN DOE,<br><br>Defendants. | No. 1:16-cv-12345-DPW |

Pursuant to FED. R. CIV. P. 30 (b) (6) and 30 (b) (1), Plaintiffs request that Defendant produce a witness or witnesses most knowledgeable about the following topics set forth herein on July 29, 2019 at 10:00 AM at PASTOR LAW OFFICE LLP., 63 Atlantic Avenue, 3d Floor, Boston, MA 02110 before a Notary Public who is not an attorney, or employee of an attorney for any party herein, and is not a person who would be disqualified to act as a juror:

{00044756.DOCX ; 1}

**Definitions:**

1. "You," "Your," or "Defendant" refers to Texas Instruments, Inc. and all of its predecessors (including but not limited to M&C Nuclear, Inc, Metals & Controls Inc., M&C Nuclear, Inc., Spencer Thermostat Company, and General Plate Company), affiliates, subsidiaries, and parents.

**Topics:**

1. By product-type, material-type, and/or waste-type, the quantities You disposed of, dumped, or transferred to the Shpack Landfill.

2. By product-type, material-type, and/or waste-type, the quantities You disposed of, dumped, or buried at the Forest Street Facility.

3. By product-type, material-type, and/or waste-type, the quantities You disposed of, dumped, or transferred to the Shpack Landfill.

4. By year, the quantities of U-234 you acquired, used, and/or processed at the Forest Street Facility.

5. By year, the quantities of U-235 you acquired, used, and/or processed at the Forest Street Facility.

6. By year, the quantities of U-238 you acquired, used, and/or processed at the Forest Street Facility.

7. By year, the quantities of Radium-226 you acquired, used, and/or processed at the Forest Street Facility.

8. By year, the quantities of Thorium you acquired, used, and/or processed at the Forest Street Facility.

9. By year, the quantities of non-recoverable waste generated during the production and/or fabrication of nuclear fuel products at the Forest Street Facility.

10. By year, the quantities of zirconium alloy you acquired, used, and/or processed at the Forest Street Facility.

11. By year, the quantities of dichromate you acquired, used, and/or processed at the Forest Street Facility.

12. By year, the quantities of hafnium you acquired, used, and/or processed at the Forest Street Facility.

13. Your document-retention policies, practices, protocols, or guidelines.

14. The use or presence of Uranium-234 at the Forest Street Facility.

15. The use or presence of Uranium-235 at the Forest Street Facility.

16. The use or presence of Uranium-238 at the Forest Street Facility.

17. The disposal of Radium-226 from the Forest Street Facility.

18. The disposal of Thorium from the Forest Street Facility.

19. The use or presence of Uranium-234 at the Forest Street Facility.

20. The use or presence of Uranium-235 at the Forest Street Facility.

21. The use or presence of Uranium-238 at the Forest Street Facility.

22. The use or presence of Radium-226 at the Forest Street Facility.

23. The use or presence of Thorium at the Forest Street Facility.

24. The fabrication, manufacture, and use of thorium foil strips at the Forest Street Facility.

25. The storage, housing, or disposal of radioactive materials at or from the Forest Street Facility.

26. Your disposal, dumping, or transfer of materials from the Forest Street Facility to the Shpack Landfill.

27. The composition, contents, or components of materials that You disposed of, dumped, or transferred from the Forest Street Facility to the Shpack Landfill.

28. Studies performed by You at the Shpack Landfill concerning radioactive materials and/or any other non-recoverable waste materials disposed of or dumped at the Shpack Landfill or transferred from the Forest Street Facility to the Shpack Landfill.

Dated:   July 9, 2019

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor_____
David Pastor (BBO #391000)
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
Telephone:  617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com

**THE SULTZER LAW GROUP. P.C.**
Joseph Lipari (admitted *pro hac vice*)
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: 212-618-1038
Facsimile: 888-749-7747
liparij@thesultzerlawgroup.com

*Plaintiffs' Counsel*

{00044756.DOCX ; 1}