

125 High Street
Boston, MA 02110

617 670 8800 *main*
617 670 8801 *fax*
www.mgmlaw.com

Katharine S. Perry
Partner
Direct Dial: 617 670 8433
Direct Fax: 617 670 8801
E-mail: Kperry@mgmlaw.com

September 27, 2022

**<u>VIA CM/ECF</u>**

Honorable M. Page Kelley
c/o Leo Vieira, Courtroom Docket Clerk
to the Hon. M. Page Kelley
United States District Court
1 Courthouse Way
Boston, MA 02210

**Re:**   *Brett Torngren v. Texas Instruments Incorporated; 1:16-cv-12345-DPW*
    *Frank Torngren v. Texas Instruments Incorporated; 1:16-cv-12343-DPW*

Dear Magistrate Judge Kelley:

      As requested by the Court, Texas Instruments files this letter to confirm that Texas Instruments does not oppose the requested adjournment filed by plaintiff counsel on September 26, 2022.

Sincerely,

*/s/ Katharine S. Perry*
Katharine S. Perry

KSP/dmm

**Manning Gross + Massenburg LLP**

Boston | Chicago | Hattiesburg | Irvine | Lake Charles | Los Angeles | Madison County/St. Louis
Miami | New Orleans | New York | Providence | San Francisco | Walnut Creek | Wilmington